E. Jeffrey Banchero (SBN 93077)
ejb@bancherolaw.com
Scott R. Raber (SBN 194924)
sraber@bancherolaw.com
THE BANCHERO LAW FIRM LLP
Four Embarcadero Center, 17th Floor
San Francisco, California 94111
Telephone:    415.398.7000
Facsimile:    415.616.7000

Attorneys for Defendant,
Arpu, Inc. dba SnappCloud, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| KEN POCHIS, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ARPU, INC., a Delaware corporation; McAFEE, INC., a Delaware corporation; and IOLO TECHNOLOGIES, LLC, a California Limited Liability Company; and DOES 1 through 50, inclusive,<br><br>Defendants. | CASE NO.    5:11-cv-00721-LHK<br><br>**CLASS ACTION**<br><br>**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY** |

Notice is hereby given that, subject to approval by the Court, Arpu, Inc. (d/b/a SnappCloud, Inc.) substitutes Scott R. Raber, now of the Rimon, P.C., as local counsel of record in place of the Banchero Law Firm LLP.

Contact information for new counsel is as follows:

---

CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY                             CASE NO. 5:11-cv-00721-LHK

1

Scott R. Raber, Esq.
Rimon, P.C.
220 Sansome Street, Suite 310
San Francisco, California 94104
Phone:        415.683.5472
Email:         scott.raber@rimonlaw.com

I consent to the above substitution.

Dated: 11/1/11

David Steinberg, CEO
Arpu, Inc. dba SnappCloud, Inc.

I consent to being substituted.

Dated: 10-27-2011

Scott R. Raber, Esq.

I consent to the above substitution.

Dated: 11-4-11

Scott R. Raber, Esq.
Rimon, P.C.

The substitution of attorney is hereby approved and so ORDERED.

Dated: November 9, 2011

Lucy H. Koh
United States District Court Judge

CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY                     CASE NO. 5:11-cv-00721-LHK

2