James R. Patterson, State Bar No. 211102
jim@pattersonlawgroup.com
PATTERSON LAW GROUP, APC
402 West Broadway, 29th Floor
San Diego, CA 92101
Telephone (619) 398-4760
Facsimile (619) 756-6991

Gene J. Stonebarger, State Bar No. 209461
gstonebarger@stonebargerlaw.com
Richard D. Lambert, State Bar No. 251148
rlambert@stonebargerlaw.com
Elaine W. Yan, State Bar No. 277961
eyan@stonebargerlaw.com
STONEBARGER LAW
A Professional Corporation
75 Iron Point Circle, Ste. 145
Folsom, CA 95630
Telephone (916) 235-7140
Facsimile (916) 235-7141

*Attorneys for Plaintiff and the Class*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| MELISSA FERRINGTON, CHERYL SCHMIDT, CHRISTOPHER BENNETT AND CHRISTI HALL,<br><br>Plaintiffs,<br><br>v.<br><br>MCAFEE, INC., ARPU, INC., D/B/A TRYANDBUY.COM,<br><br>Defendants. | Case No. 5:10-CV-01455 LHK<br>Case No. 5:11-CV-00721 LHK<br><br>**NOTICE OF MOTION AND UNOPPOSED MOTION FOR AWARD OF ATTORNEYS' FEES, COSTS AND INCENTIVE AWARD**<br><br>Date:  June 20, 2013<br>Time:  1:30 p.m.<br>Ctrm.:  8, 4th Floor<br>Judge: Hon. Lucy H. Koh |
| KEN POCHIS,<br><br>Plaintiff,<br><br>v.<br><br>ARPU, INC., McAFEE, INC., IOLO TECHNOLOGIES, LLC,<br><br>Defendants. | |

**TO THE HONORABLE LUCY H. KOH, ALL PARTIES AND TO THEIR RESPECTIVE ATTORNEYS OF RECORD HEREIN:**

**PLEASE TAKE NOTICE** that on June 20, 2013, at 1:30 p.m., or as soon thereafter as counsel may be heard in Courtroom 8 of the above-entitled Court, located at 280 South First Street, San Jose, California 95113, Plaintiff Ken Pochis will, and hereby does, move the Court for an Award of Attorneys' Fees, Costs and Incentive Award in this matter.

This motion is based on this Notice of Motion and Motion, the accompanying Memorandum of Points and Authorities, the supporting declarations and exhibits submitted herewith, the records and files in this action, and upon such further and additional papers and argument as may be presented herein.

On February 15, 2013, this Court granted preliminary approval of the Class Action Settlement in this matter, and ordered Defendants to provide notice to the Class of the pendency of the action and the pendency of the preliminarily approved settlement.  Also, in the Preliminary Approval Order, the Court ordered Plaintiffs' Counsel to file a Motion for an Award of Attorneys' Fees, Costs and Incentive Award by May 2, 2013. This Motion is timely filed to allow Class members an opportunity to review this Motion in advance of the deadline.  The Class Members have already had ample time to review the proposed settlement, which disclosed the amount of fees sought by Plaintiffs' Counsel and the incentive awards sought by the Class Representatives, and file any objections to the approved settlement.

Accordingly, Plaintiff Pochis submits this Unopposed Motion for an Award of Attorneys' Fees, Costs, and Incentive Award on the grounds that the fees are reasonable, are the product of an arms-length settlement negotiation, and have been agreed to by Defendants.

/ / /

/ / /

/ / /

/ / /

/ / /

Dated: May 2, 2013

Respectfully Submitted,

PATTERSON LAW GROUP, APC

STONEBARGER LAW, APC


By: /s/ Gene J. Stonebarger
   Gene J. Stonebarger
   *Attorneys for Plaintiff and the Class*

**2**